EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Criselyris Meléndez Ronda | 2021 TSPR 104<br><br>207 DPR _____ |
| --- | --- |

Número del Caso:  TS-13,524


Fecha:  14 de julio de 2021


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>Criselyris Meléndez Ronda | TS-13,524 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de julio de 2021.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía*, presentada por la Sra. Criselyris Meléndez Ronda, se declara con lugar y se ordena la reinstalación de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo